**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO. 5:20-CV-079-DCK**

| | |
|---|---|
| **GLENDA LEJEUNE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **ANDREW M. SAUL,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Consent Motion For Entry Of Judgment With Remand Under Sentence Four Of 42 U.S.C. § 405(g) (Document No. 15) filed March 1, 2021. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Consent Motion For Entry Of Judgment With Remand Under Sentence Four Of 42 U.S.C. § 405(g) (Document No. 15) is **GRANTED**. The final decision of the Commissioner is REVERSED, and this matter is hereby REMANDED to the Commissioner for further proceedings, pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED.**

Signed: March 1, 2021

David C. Keesler
United States Magistrate Judge